Official Form 3
(12/03)

**United States Bankruptcy Court**
Northern District of Illinois

In re   Rachel M. Myles                                         Case No.  04-26963
                        Debtor(s)                               Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __194.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __20.00__ Check one    ■ With the filing of the petition, or
                             ☐ On or before _____

    $ __58.00__ on or before    8/06/04

    $ __58.00__ on or before    8/20/04

    $ __58.00__ on or before    9/03/04

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  **July 19, 2004**                Signature  /s/ Rachel M. Myles
                                                  Rachel M. Myles
                                                  Debtor

Attorney for Debtor(s)
**GLENDA J. GRAY
LAW OFFICE OF GLENDA J GRAY
330 N. WABASH AVENUE
SUITE #2618
CHICAGO, IL 60611
312-755-1010
Fax: 312-755-1020
LADYLAWGRAY@AOL.COM**

FILED JUL 21 2004    KENNETH S. GARDNER    3